UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Charlie Hernández Medina
v.
Servicios Correccionales de P.R.

CASE NUMBER: 97-2574 (HL)

| MOTION | ORDER |
|---|---|
| **Date Filed:**      **Docket #**<br>[ ] Plffs  [ ] Defs  [ ] Other<br>Title: | In an order issued February 4, 2000, the Court ordered Plaintiff to show cause by March 15, 2000, why his due process claim should not be dismissed on the grounds that he had available to him an adequate post-deprivation remedy. The Court further ordered Plaintiff to show cause by March 15, 2000, why both his Eighth Amendment and due process claims should not be dismissed on the grounds that he failed to exhaust administrative remedies. *See* docket no. 33. Defendant Servicios Correccionales has submitted proof that Plaintiff has not availed himself of the administrative remedies that were available for the alleged violations for which he is now seeking relief.<br>    Because Plaintiff has not responded to the Court's order to show cause and because it appears that he did not exhaust his administrative remedies, the Court hereby dismisses this claim. Judgment shall be entered accordingly. |

DATE 3/17/00

HECTOR M. LAFFITTE
Chief U.S. District Judge

