UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ENTERED ON DOCKET
3/20/00 PURSUANT
TO FRCP RULES 58 & 79a

Charlie Hernández Medina
v.
Servicios Correcionales de P.R., et al

CASE NUMBER: 97-2574 (HL)

## JUDGMENT

The Court having entered an order on this same date, judgment is hereby entered dismissing this case.

Date 3/17/00

HECTOR M. LAFFITTE
Chief U.S. District Judge

